IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01512-AP

GINA L. CASSARES,
    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Thomas H. Kraus
Special Assistant United States Attorney
1961 Stout St., Suite 4169
Denver, Colorado 80294
303-844-0017
303-844-0770 (facsimile)
tom.kraus@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed: June 12, 2013**

    **B.    Date Complaint Was Served on U.S. Attorney's Office: September 6, 2013**

    **C.    Date Answer and Administrative Record Were Filed: October 30, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

      **A.     Plaintiff's Opening Brief Due:  January 3, 2014**

      **B.     Defendant's Response Brief Due:  February 3, 2014**

      **C.     Plaintiff's Reply Brief (If Any) Due: February 14, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.     Defendant's Statement: Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     (   )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 20th day of November, 2013.

                                                BY THE COURT:

                                                *s/John L. Kane*
                                                U.S. DISTRICT COURT JUDGE

|  |  |
|---|---|
| APPROVED: | UNITED STATES ATTORNEY |
|  | John F. Walsh<br>United States Attorney |
| s/ Rachael A. Lundy<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-473-1515<br>719-543-8403 (facsimile)<br>seckarlaw@mindspring.com<br>Attorney for Plaintiff | By: s/ Thomas H. Kraus<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 4169<br>Denver, CO 80294-4003<br>303-844-0017<br>303-844-0770 (facsimile)<br>tom.kraus.@ssa.gov<br>Attorneys for Defendant |