IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01512-LTB

GINA L. CASSARES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on September 15, 2014, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Gina L. Cassares. It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this  15th  day of September, 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                s/E. Seamon
                E. Seamon, Deputy Clerk